IN THE UNITED STATES COURT OF
APPEALS FOR THE FOURTH CIRCUIT

-------------------------------------------------------
No. 13-4817
-------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff - Appellee,* | ) |
| | ) |
| v. | ) |
| | ) |
| RASHOD SENTELLE ROBINSON, | ) |
| | ) |
| *Defendant - Appellant.* | ) |
| _____ | ) |

### MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND THE JOINT APPENDIX

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Local Rule 27, Appellant, Rashod Sentelle Robinson, hereby moves for an extension of time within which to file Appellant's Brief and the Joint Appendix. In support of this motion, Appellant states:

1. Appellant's Brief and the Joint Appendix are currently due to be filed by January 16, 2014.

2. Counsel for Appellant is court appointed in this appeal.

3. Due to Counsel's professional deadlines this month, additional time will be required to adequately perfect this appeal.

4.   Pursuant to Local Rule 27(a), Appellant's counsel has spoken to Assistant United States Attorney, Amy E. Ray, about the intended filing of this Motion, and Ms. Ray stated that she has no objection to the granting of this motion.

WHEREFORE, for the reasons stated herein, Appellant requests that the Court extend the time to file Appellant's Brief and Joint Appendix fourteen (14) days until January 30, 2014.

Respectfully submitted, this 14th day of January 2014.

/s/ Steven T. Meier
Steven T. Meier
MEIER LAW
1401 East 7th Street
Charlotte, NC 28204
704-333-3456

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on January 14, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Amy E. Ray
OFFICE OF THE U.S. ATTORNEY
United States Courthouse
100 Otis Street
Asheville, NC 28801

*Counsel for Appellee*

The necessary filing and service were performed in accordance with the instructions given to me by counsel in this case.

                                    /s/ Karen R. Taylor
                                    Karen R. Taylor
                                    GIBSON MOORE APPELLATE SERVICES, LLC
                                    421 East Franklin Street
                                    Suite 230
                                    Richmond, VA  23219